1  **ZANDRA L. LOPEZ**
   California State Bar No. 216567
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Zandra_Lopez@fd.org

5  Attorneys for Mr. Iniguez-Delgado

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, | ) | CASE NO. 07MJ2753 |
   |              Plaintiff,    | ) |                   |
12 | v.                         | ) | **NOTICE OF APPEARANCE** |
13 | JOSE INIGUEZ-DELGADO,      | ) |                   |
14 |              Defendant.    | ) |                   |

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Zandra L. Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in the above-captioned case.

20                                      Respectfully submitted,

22 Dated: November 29, 2007             */s/ ZANDRA L. LOPEZ*
                                        Federal Defenders of San Diego, Inc.
23                                      Attorneys for Defendant
                                        Zandra_Lopez@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  November 29, 2007                     /s/ ZANDRA L. LOPEZ
                                              Federal Defenders of San Diego, Inc.
                                              225 Broadway, Suite 900
                                              San Diego, CA  92101-5030
                                              (619) 234-8467  (tel)
                                              (619) 687-2666  (fax)
                                              Zandra_Lopez@fd.org (email)